FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 5:21 pm, Mar 05, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INDICTMENT NO. 1:25CR-014 |
| | ) | |
| v. | ) | 18 U.S.C. § 1344 |
| | ) | Bank Fraud |
| **DECHANTA BENNING** | ) | |
| | ) | 18 U.S.C. § 1028A(a)(1) |
| | ) | Aggravated Identity Theft |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Information are as follows:

**Counts 1 thru 4 : Bank Fraud**
18 U.S.C. § 1344

- Not more than 30 years of imprisonment;
- Not more than a $1,000,000.00 fine;
- Not more than 5 years of supervised release; and
- $100.00 special assessment

**Counts 5 thru 8: Aggravated Identity Theft**
18 U.S.C. § 1028A(a)(1)

- Not less than 2 years of imprisonment;
- Not more than a $250,000.00 fine;
- Not more than 3 years of supervised release; and
- $100.00 special assessment.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ David H. Estes*

David H. Estes
Assistant United States Attorney