# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:25-CR-14** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DECHANTA BENNING** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel through USAfx on March 19, 2025.

    Respectfully submitted,

    TARA M. LYONS
    ACTING UNITED STATES ATTORNEY

    ***/s/ David H. Estes***

    David H. Estes
    Assistant United States Attorney
    Georgia Bar Number 361822

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: (912) 652-4422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:25-CR-14** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DECHANTA BENNING** | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S
CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of March 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ David H. Estes*

David H. Estes
Assistant United States Attorney
Georgia Bar Number 361822

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: (912) 652-4422