US v. Dechanta Benning - Initial Discovery 3/19/25

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | DocExt | File Information |
|---|---|---|---|---|---|
| 00000001 | 00000001 | 1 | Checks_Debits_Account_Last_Four_Numbers_6705_Doc_ID_19037528_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000002 | 00000080 | 79 | Depositswithoffsets_Account_Last_Four_Numbers_6705_Doc_ID_19037529_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000081 | 00000105 | 25 | Depositswithoffsets_Account_Last_Four_Numbers_9818_Doc_ID_19027177_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000106 | 00000106 | 1 | Index.txt | txt | Bank Records\Adrienne Givens WF Return\ |
| 00000107 | 00000121 | 15 | LegalDoc_Doc_ID_19027171_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000122 | 00000122 | 1 | PartialReleaseNotification_Doc_ID_19046453_2.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000123 | 00000123 | 1 | Placeholder_28489402 BE 141034 ATM 6775D WO 141034A001000013 INCIDENT 05312023 BN-Benning.pptx | pptx | Bank Records\Adrienne Givens WF Return\ |
| 00000124 | 00000125 | 2 | RecordsDelivered_Doc_ID_19036818_4.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000126 | 00000129 | 4 | SignatureCards_Account_Last_Four_Numbers_6705_Doc_ID_19027125_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000130 | 00000132 | 3 | SignatureCards_Account_Last_Four_Numbers_9818_Doc_ID_19027116_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000133 | 00000167 | 35 | Statements_Account_Last_Four_Numbers_6705_Doc_ID_19037527_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000168 | 00000205 | 38 | Statements_Account_Last_Four_Numbers_9818_Doc_ID_19037526_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000206 | 00000209 | 4 | WireRequest_Account_Last_Four_Numbers_6705_Doc_ID_19027061_1.pdf | pdf | Bank Records\Adrienne Givens WF Return\ |
| 00000210 | 00000236 | 27 | Associated Federal Credit Union, Benning.pdf | pdf | Bank Records\Associated Credit Union- 4591\ |
| 00000237 | 00000237 | 1 | (1) Subpoena Response Letter.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000238 | 00000238 | 1 | (3) Declaration of Custodian.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000239 | 00000239 | 1 | 5445 ACH Accounts.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000240 | 00000246 | 7 | 5445 Adjustment History.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000247 | 00000264 | 18 | 5445 Chime Savings Account History.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000265 | 00000266 | 2 | 5445 Customer Information.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000267 | 00000269 | 3 | 5445 Customer Profile.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000270 | 00000274 | 5 | 5445 Direct Deposits.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000275 | 00000279 | 5 | 5445 User Notes.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000280 | 00000288 | 9 | DOC23-8310.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000289 | 00000312 | 24 | galileo_statements_DOC23-8310_29NOV23.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000313 | 00000313 | 1 | netspend_statements_DOC23-8310_29NOV23.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000314 | 00000314 | 1 | txvia_statements_DOC23-8310_29NOV23.pdf | pdf | Bank Records\Bancorp - 5445\ |
| 00000315 | 00000344 | 30 | Dechanta+Benning+Subpoena+Results.PDF | pdf | Bank Records\Chase- 9413 and 1876\ |
| 00000345 | 00000416 | 72 | NFCU Auto Loan Subpoena Response - Brown-Benning.pdf | pdf | Bank Records\NFCU- 0935 and 3609\ |
| 00000417 | 00000480 | 64 | PNC Subpoena Return for Dechanta Benning.pdf | pdf | Bank Records\PNC Bank 0184\ |
| 00000481 | 00000483 | 3 | 1016524044 - Checks.pdf | pdf | Bank Records\Synovus-4044\ |
| 00000484 | 00000487 | 4 | 1016524044 - Deposit.pdf | pdf | Bank Records\Synovus-4044\ |
| 00000488 | 00000489 | 2 | 1016524044 - Signature Card.pdf | pdf | Bank Records\Synovus-4044\ |
| 00000490 | 00000533 | 44 | 1016524044 - Statements.pdf | pdf | Bank Records\Synovus-4044\ |
| 00000534 | 00000534 | 1 | FIS Core - 2023-12-01T113606.348.xlsx | xlsx | Bank Records\Synovus-4044\ |
| 00000535 | 00000543 | 9 | Grand Juy-S23-874-Dechanta Benning-Due 12-4-23.pdf | pdf | Bank Records\Synovus-4044\ |
| 00000544 | 00000544 | 1 | Bank Cert.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000545 | 00000547 | 3 | Cover Letter.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000548 | 00000551 | 4 | Docs Req.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000552 | 00000552 | 1 | Invoice.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000553 | 00000557 | 5 | Activity Log.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000558 | 00000560 | 3 | Dep.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000561 | 00000561 | 1 | IP.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000562 | 00000562 | 1 | Misc Db.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000563 | 00000563 | 1 | Sig Card.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000564 | 00000571 | 8 | Stmt.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000572 | 00000574 | 3 | Activity Log.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000575 | 00000576 | 2 | ATM.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000577 | 00000584 | 8 | Bus Open Docs.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000585 | 00000585 | 1 | Corp Res.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000586 | 00000588 | 3 | Dep.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000589 | 00000589 | 1 | Sig Card.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000590 | 00000593 | 4 | Stmt.pdf | pdf | Bank Records\TD Bank- 8885\ |
| 00000594 | 00000595 | 2 | Certification .pdf | pdf | Bank Records\Truist-7696\ |
| 00000596 | 00000611 | 16 | Request .pdf | pdf | Bank Records\Truist-7696\ |
| 00000612 | 00000612 | 1 | Doc1.PDF | pdf | Bank Records\Truist-7696\ |
| 00000613 | 00000613 | 1 | Doc2.PDF | pdf | Bank Records\Truist-7696\ |
| 00000614 | 00000614 | 1 | index.csv | csv | Bank Records\Truist-7696\ |
| 00000615 | 00000616 | 2 | Doc1.PDF | pdf | Bank Records\Truist-7696\ |
| 00000617 | 00000617 | 1 | Doc2.PDF | pdf | Bank Records\Truist-7696\ |
| 00000618 | 00000618 | 1 | index.csv | csv | Bank Records\Truist-7696\ |
| 00000619 | 00000619 | 1 | WI_0012045 Affidavit.pdf | pdf | Bank Records\USAA- 6426\ |
| 00000620 | 00000778 | 159 | WI_0012045 Final 1.pdf | pdf | Bank Records\USAA- 6426\ |
| 00000779 | 00000794 | 16 | 24-115 Benning, Dechanta et al. gjs rcvd 2.9.24.pdf | pdf | Bank Records\Valley National Bank 4442\ |
| 00000795 | 00000802 | 8 | Account open docs.pdf | pdf | Bank Records\Valley National Bank 4442\ |
| 00000803 | 00000803 | 1 | Certification.pdf | pdf | Bank Records\Valley National Bank 4442\ |
| 00000804 | 00000805 | 2 | deposit #1.pdf | pdf | Bank Records\Valley National Bank 4442\ |
| 00000806 | 00000806 | 1 | Letter.pdf | pdf | Bank Records\Valley National Bank 4442\ |
| 00000807 | 00000812 | 6 | statements 03-2023 act open thru 05-2023 act closed.pdf | pdf | Bank Records\Valley National Bank 4442\ |

| | | | | | |
|---|---|---|---|---|---|
| 00000813 | 00000823 | 11 | Depositswithoffsets_Account_Last_Four_Numbers_1502_Doc_ID_19882895_1.pdf | pdf | Bank Records\Wells Fargo- 1502\ |
| 00000824 | 00000841 | 18 | LegalDoc_Doc_ID_19724406_1.pdf | pdf | Bank Records\Wells Fargo- 1502\ |
| 00000842 | 00000844 | 3 | RecordsDelivered_Doc_ID_19890964_2.pdf | pdf | Bank Records\Wells Fargo- 1502\ |
| 00000845 | 00000849 | 5 | SignatureCards_Account_Last_Four_Numbers_1502_Doc_ID_19725135_1.pdf | pdf | Bank Records\Wells Fargo- 1502\ |
| 00000850 | 00000872 | 23 | Statements_Account_Last_Four_Numbers_1502_Doc_ID_19882893_1.pdf | pdf | Bank Records\Wells Fargo- 1502\ |
| 00000873 | 00000873 | 1 | Benning - 11.14.2023.pdf | pdf | Defendant Information\ |
| 00000874 | 00000922 | 49 | BENNING, NCIC.docx | docx | Defendant Information\ |
| 00000923 | 00000943 | 21 | CH & DL Query.docx | docx | Defendant Information\ |
| 00000944 | 00000975 | 32 | CLEAR.docx | docx | Defendant Information\ |
| 00000976 | 00000978 | 3 | DL - Dechanta BENNING.pdf | pdf | Defendant Information\ |
| 00000979 | 00000979 | 1 | DOL Wages _ Dechanta Rashena Benning.pdf | pdf | Defendant Information\ |
| 00000980 | 00000980 | 1 | Vehicle Registration - Benning - CUR5872 Registration.pdf | pdf | Defendant Information\ |
| 00000981 | 00001009 | 29 | 1.S2126876 - Summary.pdf | pdf | Fayette County SO Casefile S2126876\ |
| 00001010 | 00001016 | 7 | 2.S2126876 - Incident Report.pdf | pdf | Fayette County SO Casefile S2126876\ |
| 00001017 | 00001026 | 10 | 3.S2126876 - COC.pdf | pdf | Fayette County SO Casefile S2126876\ |
| 00001027 | 00001028 | 2 | Benning.Dechanta - 16-9-121.pdf | pdf | Fayette County SO Casefile S2126876\Arrest Warrants\ |
| 00001029 | 00001030 | 2 | Walker.Sherielle - 16-9-121.pdf | pdf | Fayette County SO Casefile S2126876\Arrest Warrants\ |
| 00001031 | 00001032 | 2 | Walker.Tymein - 16-9-121.pdf | pdf | Fayette County SO Casefile S2126876\Arrest Warrants\ |
| 00001033 | 00001033 | 1 | 7.Benning - Mug - Glasses.png | png | Fayette County SO Casefile S2126876\Benning, Dechanta\ |
| 00001034 | 00001034 | 1 | Warrant - Benning.pdf | pdf | Fayette County SO Casefile S2126876\Benning, Dechanta\ |
| 00001035 | 00001035 | 1 | Check - 102 - Hale.Shaquille.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\ |
| 00001036 | 00001036 | 1 | Hale - GCIC.1.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\ |
| 00001037 | 00001037 | 1 | Hale - GCIC.2.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\ |
| 00001038 | 00001038 | 1 | Hale - TLO.1.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\ |
| 00001039 | 00001039 | 1 | Hale - TLO.2.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\ |
| 00001040 | 00001040 | 1 | Cover - 2022.9.5.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\FB\ |
| 00001041 | 00001041 | 1 | Cover.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\FB\ |
| 00001042 | 00001042 | 1 | Photo - 2021.10.13.png | png | Fayette County SO Casefile S2126876\Hale, Shaquille\FB\ |
| 00001043 | 00001043 | 1 | Check - 104 - Madison.Timothy.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001044 | 00001044 | 1 | Check - 126 - Madison.Timothy.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001045 | 00001045 | 1 | Madison.Timothy - GCIC.1.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001046 | 00001046 | 1 | Madison.Timothy - GCIC.2.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001047 | 00001047 | 1 | Madison.Timothy - Leads - 2019.8.20.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001048 | 00001048 | 1 | Madison.Timothy - TLO.1.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001049 | 00001049 | 1 | Madison.Timothy - TLO.2.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\ |
| 00001050 | 00001050 | 1 | Cover.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\FB\ |
| 00001051 | 00001051 | 1 | Family - Walker.Tymein.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\FB\ |
| 00001052 | 00001052 | 1 | Photo - 2020.11.30.png | png | Fayette County SO Casefile S2126876\Madison, Timothy\FB\ |
| 00001053 | 00001053 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf | pdf | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001054 | 00001054 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^S2126876 - Subpoena - PenFed.pdf | pdf | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001055 | 00001055 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^Check 101 - Walker.Tymein.png | png | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001056 | 00001056 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^Check - 102 - Hale.Shaquille.png | png | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001057 | 00001057 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^Check 103 - Walker.Tymein.png | png | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001058 | 00001058 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^Check - 104 - Madison.Timothy.png | png | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001059 | 00001059 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^Check 109 - Walker.Sherielle.png | png | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001060 | 00001060 | 1 | S2126876 - Subpoena - PenFed - Served - 2022.1.13.pdf^Check - 126 - Madison.Timothy.png | png | Fayette County SO Casefile S2126876\Pen Fed\ |
| 00001061 | 00001061 | 1 | S2126876 - Subpoena - PenFed.pdf | pdf | Fayette County SO Casefile S2126876\Pen Fed\ |

| | | | | | |
|---|---|---|---|---|---|
| 00001062 | 00001062 | 1 | Benning.Dechanta - GCIC.1.pdf | pdf | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001063 | 00001063 | 1 | Benning.Dechanta - GCIC.2.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001064 | 00001064 | 1 | Benning.Dechanta - TLO.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001065 | 00001065 | 1 | Check 109 - Walker.Sherielle.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001066 | 00001066 | 1 | Pullen.Tyonna - TLO.1.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001067 | 00001067 | 1 | Walker.Sherielle - GCIC.1.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001068 | 00001068 | 1 | Walker.Sherielle - GCIC.2.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001069 | 00001069 | 1 | Walker.Sherielle - TLO.1.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001070 | 00001070 | 1 | Walker.Sherielle - TLO.2.png | png | Fayette County SO Casefile S2126876\Walker, Sherielle\ |
| 00001071 | 00001071 | 1 | Check 101 - Walker.Tymein.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001072 | 00001072 | 1 | Check 103 - Walker.Tymein.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001073 | 00001073 | 1 | Walker.Tymein - GCIC.1.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001074 | 00001074 | 1 | Walker.Tymein - GCIC.2.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001075 | 00001075 | 1 | Walker.Tymein - leads - 2017.12.10.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001076 | 00001076 | 1 | Walker.Tymein - TLO.1.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001077 | 00001077 | 1 | Walker.Tymein - TLO.2.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\ |
| 00001078 | 00001078 | 1 | 1.Cover - Tymein1.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001079 | 00001079 | 1 | About - Overview.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001080 | 00001080 | 1 | Family - Timoth Turt Madison.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001081 | 00001081 | 1 | Photo - 2021.1.8 - With Timothy Madison.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001082 | 00001082 | 1 | Photo - 2021.10.22 - Signs.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001083 | 00001083 | 1 | Photo - 2021.12.13.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001084 | 00001084 | 1 | Post - Shaquille Hale.1.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001085 | 00001085 | 1 | Post - Shaquille Hale.2.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001086 | 00001086 | 1 | Post - Shaquille Hale.3.png | png | Fayette County SO Casefile S2126876\Walker, Tymein\FB\ |
| 00001087 | 00001088 | 2 | 196D-AT-3767559_0000003.pdf | pdf | FBI 302s\ |
| 00001089 | 00001089 | 1 | 196D-AT-3767559_0000003_1A0000002_0000001_PHYSICAL.pdf | pdf | FBI 302s\ |
| 00001090 | 00001091 | 2 | 196D-AT-3767559_0000003_1A0000003_0000001.pdf | pdf | FBI 302s\ |
| 00001092 | 00001092 | 1 | 196D-AT-3767559_0000004.pdf | pdf | FBI 302s\ |
| 00001093 | 00001093 | 1 | 196D-AT-3767559_0000004_1A0000004_0000001_PHYSICAL.pdf | pdf | FBI 302s\ |
| 00001094 | 00001094 | 1 | 196D-AT-3767559_0000042.pdf | pdf | FBI 302s\ |
| 00001095 | 00001095 | 1 | 196D-AT-3767559_0000080.pdf | pdf | FBI 302s\ |
| 00001096 | 00001096 | 1 | 196D-AT-3767559_0000080_1A0000074_0000001.pdf | pdf | FBI 302s\ |
| 00001097 | 00001097 | 1 | 196D-AT-3767559_0000080_1A0000075_0000001.pdf | pdf | FBI 302s\ |
| 00001098 | 00001098 | 1 | 196D-AT-3767559_0000083.pdf | pdf | FBI 302s\ |
| 00001099 | 00001099 | 1 | 196D-AT-3767559_0000083_1A0000080_0000001.pdf | pdf | FBI 302s\ |
| 00001100 | 00001100 | 1 | 196D-AT-3767559_0000083_1A0000082_0000001.pdf | pdf | FBI 302s\ |
| 00001101 | 00001101 | 1 | FD-302 for Liquidmetal Coatings Enterprises.pdf | pdf | FBI 302s\ |
| 00001102 | 00001102 | 1 | manifest.xlsx | xlsx | FBI 302s\ |
| 00001103 | 00001103 | 1 | Screenshot_20231228-124019.png | png | FBI 302s\ |
| 00001104 | 00001104 | 1 | Screenshot_20231228-124026.png | png | FBI 302s\ |
| 00001105 | 00001105 | 1 | Screenshot_20231228-124052.png | png | FBI 302s\ |
| 00001106 | 00001106 | 1 | Screenshot_20231228-124103.png | png | FBI 302s\ |
| 00001107 | 00001108 | 2 | BENNING_0070.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001109 | 00001110 | 2 | BENNING_0072.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001111 | 00001111 | 1 | BENNING_0074.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001112 | 00001112 | 1 | BENNING_0075.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001113 | 00001113 | 1 | BENNING_0076.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001114 | 00001114 | 1 | BENNING_0077.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001115 | 00001115 | 1 | BENNING_0078.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001116 | 00001116 | 1 | BENNING_0079.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001117 | 00001128 | 12 | BENNING_0080.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001129 | 00001144 | 16 | BENNING_0092.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001145 | 00001151 | 7 | BENNING_0108.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001152 | 00001158 | 7 | BENNING_0115.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001159 | 00001169 | 11 | BENNING_0122.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |

| | | | | | |
|---|---|---|---|---|---|
| 00001170 | 00001185 | 16 | BENNING_0133.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001186 | 00001196 | 11 | BENNING_0149.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning\ |
| 00001197 | 00001198 | 2 | BENNING_0001.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001199 | 00001199 | 1 | BENNING_0003.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001200 | 00001200 | 1 | BENNING_0004.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001201 | 00001201 | 1 | BENNING_0005.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001202 | 00001202 | 1 | BENNING_0006.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001203 | 00001203 | 1 | BENNING_0007.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001204 | 00001205 | 2 | BENNING_0008.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001206 | 00001206 | 1 | BENNING_0010.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001207 | 00001215 | 9 | BENNING_0011.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001216 | 00001224 | 9 | BENNING_0020.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001225 | 00001238 | 14 | BENNING_0029.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001239 | 00001254 | 16 | BENNING_0043.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |
| 00001255 | 00001265 | 11 | BENNING_0059.pdf | pdf | Harvest Financial 2 PPP\Dechanta Benning SD\ |