# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:25-CR-14** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DECHANTA BENNING** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel through USAfx on July 14, 2025.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

**/s/ David H. Estes**

David H. Estes
Assistant United States Attorney
Georgia Bar Number 361822

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: (912) 652-4422

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:25-CR-14** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DECHANTA BENNING** | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S**
**CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 14th day of July 2025.

                             TARA M. LYONS
                             ACTING UNITED STATES ATTORNEY

                             ***/s/ David H. Estes***

                             David H. Estes
                             Assistant United States Attorney
                             Georgia Bar Number 361822

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: (912) 652-4422