US v. Dechanta Benning
20250714 Production Index

| Folder |
| --- |
| **20250714** |
| FD-302 for Proffer of ███████████.pdf |
| ███████████ - PROFFER INTERVIEW.pdf |