UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## SENTENCING MINUTES

CASE NO. CR 125-014
USA V. Dechanta Berring
JUDGE: Honorable J. Randal Hall
COURT REPORTER: Lisa Davenport
ATTORNEY(S) FOR THE GOVERNMENT: David Estes
PROBATION OFFICER: Joseph Brown

DATE: 02/03/2026
TIME: 11:00 am to 12:03 pm
COURTROOM DEPUTY: Lisa Widener
ATTORNEY(S) FOR THE DEFENDANT: Brooks Hudson
DEFENDANT SENTENCED ON COUNT(S): 3, 4 and 8

---

- **Y** PSR reviewed in full
- **N** Objections to factual basis
- **N** Objections to Guideline Calculations
- **N** Changes ordered

- **N** Factual Witnesses

- **Y** Statement by Counsel
- **Y** Statement by Defendant
- **Y** Appeal rights explained/(waived)

Facility requested/recommended:
Tallahassee FL / Marianna FL

Defendant remanded  —
Voluntary surrender May 11, 2026 by 2:00 pm
Departure from guidelines  N

Custody: 70 months
Ct 3 & Ct 4 – 46 mos. to be served concurrent
Ct 8 – 24 mos to be served consecutive to Ct 3&4
Supervised Release: 5 years
Ct 3 & Ct 4 – 5 yrs  Ct 8 1 yr  all to be served concurrently
**Y** Standard and Special Conditions of Release
to be explained by USPO and a written copy to be provided to defendant

Probation  —
Fine $ 2500
Restitution $
Special Assessment: $100 ea. ct
Community Service:  —  hours within first  —  months of release
Dismiss Count(s) 1, 2, 5, 6 & 7
Plea agreement accepted  Y
Upward  —  Downward  —