IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:25-CR-014 |
| | ) |
| DECHANTA BENNING | ) |
| | ) |
| Defendant. | ) |

## POST-CONVICTION CONSULTATION CERTIFICATION

So filed, this 4th day of February, 2026

*s/ Brooks K. Hudson*
BROOKS K. HUDSON
Georgia Bar No. 141621
Attorney for Defendant

HULL BARRETT, P.C.
Post Office Box 1564
Augusta, GA 30903-1564
(706) 722-4481
bhudson@hullbarrett.com

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

## POST–CONVICTION CONSULTATION CERTIFICATION

### TO BE COMPLETED AND FILED BY COUNSEL:

I, __Brooke K. Hudson__ [print name], attorney for __Dechanta Benning__ [print name], certify that I this day met with my client, __Dechanta Benning__ [print name] and:

- I found him/her to be of sound mind, clear-headed, and able to comprehend all of what I advised him/her regarding his/her right to appeal from the conviction and sentence in this case.

- I have fully explained to him/her the appellate process, including that he/she

    (a) has the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if he/she is indigent, but to exercise that right he/she

    (b) must timely file a notice of appeal and

    (c) comply with all appellate form-completion and briefing obligations;

- I have advised him/her about the advantages and disadvantages of pursuing an appeal;

- I have thoroughly inquired of him/her about his/her interest in appealing his/her conviction.

It is in that light that (check one):

____ he/she has decided to file an appeal and thus has instructed me to file it for him/her.

__X__ he/she has decided not to file an appeal, and I have explained to him/her the consequences of failing to do so. Those consequences include the waiver of his/her right to complain about the process that led up to his/her conviction, including in the future, should he/she decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This __3rd__ day of __February__, 2026.

Print: __Brooke K. Hudson__ name of attorney

Sign: _____ signature of attorney

Witnessed:

Print: __Dechanta Benning__ name of defendant

Sign: __Dechanta B_____ signature of defendant

page 1

**TO BE COMPLETED BY THE DEFENDANT:**

I, _Deehanta Benny_ [print name], certify that I this day met with my attorney, _Brooks K. Hudson_ [print name] and:

• I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

• My attorney has fully explained to me the appellate process, including that I

    (a) have the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if I am indigent, but to exercise that right I

    (b) must timely file a notice of appeal and

    (c) comply with all appellate form-completion and briefing obligations;

• My attorney has advised me about the advantages and disadvantages of pursuing an appeal;

• My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

____ I have decided to file an appeal and thus have instructed my attorney to file it for me.

__X__ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This _3_ day of _Febuy_, 20_26_

Print: _Brooks K. Hudson_ name of attorney
Sign: _____ signature of attorney

Witnessed:

Print: _Deehanta Benny_ name of defendant
Sign: _____ signature of defendant

**FILING:** Counsel must file this form in the trial-court record of the defendant's case within ten business days following its completion. Attach this as the second page of a document bearing the caption of your client's case with this title: "POST–CONVICTION CONSULTATION CERTIFICATION."